■ SHERYL L. CONNORS, Respondent, v BARBARA S. SOWA et al., Appellants. (Action No. 1.) SHERYL L. CONNORS, Respondent, v KAREN HORNBERGER, Appellant. (Action No. 2.) (Appeal No. 2.) [674 NYS2d 543] —Appeals unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Erie County, LaMendola, J.—Set Aside Verdict.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.